UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN ANTONIO MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,<br><br>    Defendant. | Civil Action No. 05-1830 (JDB) |

## ORDER

Plaintiff has filed this case as related to <u>Haile v. Central Parking System of Virginia, Inc.</u>, Civil Action No. 05-0614 (JDB), on the ground that both cases involve common issues of fact under Local Civil Rule 40.5(a).  These and several other pending cases in this district against defendant Central Parking System of Virginia allege that defendant has failed to pay overtime to various employees, primarily parking attendants, in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.  The other pending cases are:

- <u>Rojas v. Central Parking System of Virginia, Inc.</u>, Civil Action No. 04-1883 (RWR)

- <u>Teshome v. Central Parking System of Virginia, Inc.</u>, Civil Action No. 05-0366 (RWR)

- <u>Martinez v. Central Parking System of Virginia, Inc.</u>, Civil Action No. 05-0613 (JDB)

- <u>Chavez v. Central Parking System of Virginia, Inc.</u>, Civil Action No. 05-0871 (RWR)

The present action also alleges two other counts:  one for termination in violation of FLSA and another for failure to provide notice of availability of continued health insurance coverage in violation of 29 U.S.C. § 1166.

In some instances, the cases have been filed as related to Civil Action 04-1883 (RWR). In other instances, the cases have been filed as related to <u>Medina v. Central Parking System of Virginia, Inc.</u>, Civil Action 04-1884 (JDB) (D.D.C., notice of dismissal filed June 17, 2005).[1] In the present matter, the case has been filed as related to Civil Action 05-614 (JDB). The plaintiffs in all these cases have been represented by the same counsel, and the reason for the differing related case designations is not readily apparently.

In order to ensure the proper assignment of this and other cases involving common issues of fact, it is hereby

**ORDERED** that counsel for plaintiff shall, by not later than September 26, 2005, submit a detailed explanation for the filing of the instant case as related to Civil Action 05-0614 and further explain how this related case designation is consistent with the related case designations for all other pending cases listed above.

/s/
JOHN D. BATES
United States District Judge

Dated:   September 19, 2005

cc:  Judge Richard W. Roberts

---

[1] In that action, the Court approved the settlement on August 8, 2005, and the case is now terminated.

-2-