```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

JUAN ANTONIO MARTINEZ        :
                             :
    Plaintiff,            :
                             :
v.                           : Civil Action No. 1:05CV01830 (JDB)
                             :
CENTRAL PARKING SYSTEM OF    :
VIRGINIA, INC.               :
                             :
    Defendant.            :

### EXPLANATION OF RELATED CASE DESIGNATION

Comes Now Plaintiff by Counsel in repone to the Order of Court dated September 19, 2005, requesting an explanation of related case designation.

The instant case, <u>Martinez v. Central Parking System of Virginia, Inc.</u>, 05-1830 (JDB) was identified as related to the action <u>Haile v. Central parking System of Virginia, Inc.</u> 05-00614(JDB) since the <u>Martinez</u> and <u>Haile</u> cases have two counts in common (i.e., overtime and retaliatory termination) whereas the other cases involving Central Parking have only the overtime facts and claim in common. The commonality of the facts concerning the overtime claims have to do with failure to pay for pre and post time card work and the failure to pay for all time reflected on the timecard. The commonality of facts in the <u>Haile</u> and <u>Martinez</u> cases concerning the retaliatory discharge count involves claims that when each employee brought the fact that he was not being paid for overtime hours to the attention of his supervisor he was terminated. In a previous case involving <u>Central Parking</u> by supervisors there was evidence that high level managers discouraged

supervisors from bringing overtime complaints and violations to the attention of headquarters officials when they visited the District of Columbia.

The assignment of the various <u>Central Parking</u> cases to different judges was initially caused by the filing of two such cases at the same time. The Clerk of Court assigned these cases to two judges. When the next case was filed, Plaintiff's counsel attempted to file a related case form showing the cases assigned to two judges but was asked to strike out one of the cases since a related case form could not show two different judges. Plaintiff's counsel apologizes for any confusion or inconvenience this has caused.

>                             Respectfully submitted,
>
>                             Juan Martinez
>                             By Counsel

_____-s-_____
Nils G. Peterson
DC Bar No. 295261
2009 N. 14th Street, #708
Arlington, VA  22201
703-527-9900