AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Juan Antonio Martinez

**SUMMONS IN A CIVIL CASE**

V.

Central Parking System of
Virginia, Inc.

CASE NUMBER  1:05CV01830

JUDGE: John D. Bates

DECK TYPE: Labor/ERISA (non-employment

DATE STAMP: 09/15/2005

TO: (Name and address of Defendant)

Central Parking System of Virginia, Inc.
Corporate Service Company, Registered Agent
1090 Vermont Avenue, N.W.
Washington, D.C. 2005

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nils Peterson
2009 N. 14th Street, Suite 708
Arlington, VA  22201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          SEP 15 2005
CLERK                                DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9-26-05 10:38 AM |
| NAME OF SERVER (PRINT) EMILY Christensen | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served on Registered Agent: Corporate Service Company, 1090 Vermont Ave, N.W. Washington DC. Served upon: Renee Rice whose title is Team Leader, Authorized to Accept Service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9.26.05
             Date

Signature of Server: Emily S. Christensen

Alliance Legal Services, Inc.
P.O. Box 523078
Springfield, VA 22152
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

**District of Columbia**                                                                                             **Usdc Court**

Case Number: 1:05CV01830

Plaintiff:
**JUAN ANTONIO MARTINEZ**

vs.

Defendant:
**CENTRAL PARKING SYSTEM OF VIRGINIA, INC**

For:
Nils Peterson
NILS G. PETERSON
2009 N. 14th St
Suite 708
Arlington, VA 22201

Received by ALLIANCE LEGAL SERVICES, INC. on the 21st day of September, 2005 at 11:15 am to be served on **CENTRAL PARKING SYSTEM OF VIRGINIA, INC., C/O REGISTERED AGENT CORPORATE SERVICE COMPANY - 1090 VERMONT AVENUE, NW, WASHINGTON, DC 20005.**

I, Emily Christensen, being duly sworn, depose and say that on the **26th day of September, 2005** at **10:38 am, I:**

Delivered a true copy of the **Summons in a Civil Case/ NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE/ COMPLAINT/ NOTICE OF RELATED CIVIL/MISCELLANEOUS CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT/ ITITIAL ELECTRONIC CASE FILING ORDER/ ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM**to RENEE RICE, TEAM LEADER who stated that they were authorized to accept for the witness in their absence.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I can edit this block to my area's standards and have seven different declarations if need be.

*Emily S. Christensen* (signature)

**Emily Christensen**
Process Server

Subscribed and Sworn to before me on the 26th day of September, 2005 by the affiant who is personally known to me

*(signature)*
NOTARY PUBLIC

My Commission Expires 11/30/0_

**ALLIANCE LEGAL SERVICES, INC.**
P.O. Box 523078
Springfield, VA 22152
(703) 644-8571

Our Job Serial Number: 2005001205