# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN ANTONIO MARTINEZ, )<br>)<br>    Plaintiff               )<br>)<br>v.                                  )<br>)<br>CENTRAL PARKING SYSTEM OF )<br>VIRGINIA, INC.                  )<br>d/b/a CENTRAL PARKING SYSTEM, )<br>)<br>    Defendant.           )<br>) | Case No. 1:05-CV-01830-JDB |

## **CERTIFICATE UNDER LCvR 7.1**

We, the undersigned, counsel of record for Defendant, Central Parking System Of Virginia, Inc. ("Central"), certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of Central which have any outstanding securities in the hands of the public: Central Parking Corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

                                                Respectfully submitted,

                                                CENTRAL PARKING SYSTEM OF
                                                VIRGINIA, INC.


                                                By:               /s/
                                                David M. Burns, Bar # 466167
                                                SEYFARTH SHAW LLP
                                                815 Connecticut Avenue, N.W., Suite 500
                                                Washington, DC 20006-4004
                                                (202) 463-2400
                                                (202) 828-5393 (facsimile)

Dated: October 17, 2005                          Attorneys for Defendant

DC1 30154246.1