IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN ANTONIO MARTINEZ,   ) | |
| ) | |
| Plaintiff   ) | |
| ) | |
| v.   ) | Case No. 1:05-CV-01830-JDB |
| ) | |
| CENTRAL PARKING SYSTEM OF   ) | |
| VIRGINIA, INC.   ) | |
| d/b/a CENTRAL PARKING SYSTEM,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

## JOINT LOCAL RULE 16.3 REPORT

Pursuant to Local Rule 16.3(d), undersigned counsel hereby submit their joint written report in the above captioned case. The following constitutes the parties' positions with respect to each of the items set forth in Local Rule 16.3.

### Local Rule 16.3(c) Matters

**(1)    Dispositive Motions**: There are no pending dispositive motions. Defendant anticipates filing a motion for summary judgment and believes that Plaintiff's claims will be dismissed as a result.

**(2)    Joinder/Amendment of Pleadings:** The parties do not anticipate joining any other parties. The parties agree that pleadings should be amended by December 19, 2005 (thirty-one (31) days after the Initial Scheduling Conference). At this time, the parties are not able to agree upon or narrow any factual or legal issues in this case.

**(3)    Assignment to Magistrate Judge:** The case should not be assigned to a Magistrate Judge for all purposes.

**(4)    Possibility of Settlement:** Defendant is not interested in settling the case at this time. Plaintiff is always willing to explore settlement.

**(5)    Alternative Dispute Resolution:** At this stage of the litigation, the parties do not believe that this case would benefit from alternative dispute resolution procedures.

**(6)    Dispositive Motions:** The parties agree that final dispositive motions should be filed by May 3, 2006 (thirty (30) days after the close of discovery), with oppositions, cross-motions and replies due in accordance with the Rules of Civil Procedure and the Local Rules of this Court. The parties will defer to the Court regarding when the Court will decide any dispositive motions that have been filed.

**(7)    Initial Disclosures:** The parties stipulate to dispense with the initial disclosure provisions of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**(8)    Extent of Discovery:** The parties propose April 3, 2006 (136 days after the Initial Scheduling Conference) as the deadline for conducting discovery. Other limitations on discovery shall conform to the Local Rules of this Court and the Federal Rules of Civil Procedure. Depending on the nature of the documents and information sought during discovery, the parties may enter into a general protective order regarding confidential or proprietary documents or information produced and/or disclosed in the course of the case.

**(9)    Expert Witness Reports:** The parties have agreed to the following schedule for expert discovery: Plaintiff's Rule 26(a)(2) expert disclosures should be due on January 3, 2006 and Defendant's Rule 26(a)(2) expert disclosures should be due on February 3, 2006 (thirty-one (31) days after Plaintiff's expert disclosures).

**(10)    Class Actions:** Not Applicable.

**(11)   Bifurcated Trial/Discovery:** The parties agree that, at this time, neither discovery in this case nor trial should be bifurcated.

**(12)   Pretrial Conference Date:** The parties propose that a pretrial conference be held sixty (60) days after the Court rules upon dispositive motions filed after the close of discovery, if any. If no dispositive motions are filed, the parties propose that a pretrial conference be held ninety (90) days after the close of discovery.

**(13)   Trial Date:** The parties agree that the trial date should be set at the pretrial conference.

**(14)   Other Matters:** None.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| JUAN ANTONIO MARTINEZ | CENTRAL PARKING SYSTEM OF VIRGINIA, INC. |
| By: /s/ <br> Nils G. Peterson, Bar No. 295261 <br> 2009 North 14th Street, NW <br> Suite 708 <br> Arlington, VA 22201 <br> 703-527-9900 <br> 703-522-1250 (facsimile) <br><br> Attorney for Plaintiff <br><br> Dated: November 14, 2005 | By /s/ <br> David M. Burns, Bar No. 466167 <br> SEYFARTH SHAW LLP <br> 815 Connecticut Avenue, N.W. <br> Suite 500 <br> Washington, DC 20006 <br> 202-463-2400 <br> 202-828-5393 (facsimile) <br><br> Attorneys for Defendant <br><br> Dated: November 14, 2005 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUAN ANTONIO MARTINEZ, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:05-CV-01830-JDB |
| | ) | |
| CENTRAL PARKING SYSTEM OF | ) | |
| VIRGINIA, INC. | ) | |
| d/b/a CENTRAL PARKING SYSTEM, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

## THE PARTIES' JOINTLY PROPOSED SCHEDULING ORDER

Upon consideration of the Joint Local Rule 16.3 Report, the Court hereby adopts the following schedule for this proceeding. The dates set forth herein will not be changed absent good cause shown.

| | |
|---|---|
| Initial Disclosures | Not required |
| Amendment of Pleadings | December 19, 2005 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | January 3, 2006 |
| Defendant's Rule 26(a)(2) Expert Disclosures | February 3, 2006 |
| Close of Fact Discovery | April 3, 2006 |
| Close of Expert Discovery | April 3, 2006 |
| Dispositive Motions | May 3, 2006 |
| Pretrial Conference | 60 days after the Court's ruling on dispositive motions; if no dispositive motions are filed, 90 days after the close of discovery |
| Trial | To be set at the pretrial conference |

2

SO ORDERED.

_____                                   _____
Date                                                                                  John D. Bates
                                                                                             United States District Court Judge

Copies to:

Nils G. Peterson
nilspeterson@aol.com

David M. Burns
dburns@seyfarth.com

2