UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN ANTONIO MARTINEZ<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>CENTRAL PARKING SYSTEM OF VIRGINIA, INC.<br><br>　　Defendant. | Civil Action No.  05-1830 (JDB) |

## SCHEDULING ORDER

Pursuant to the conference with the Court held on this date, and upon consideration of the parties' Joint Rule 16.3 Report and proposed scheduling order, it is hereby **ORDERED** that:

1. Initial disclosures required by Rule 26(a)(1) are waived.

2. Any amendments to pleadings shall be filed by not later than December 19, 2005.

3. Plaintiff shall designate any experts and provide expert reports pursuant to Rule 26(a)(2) by not later than January 3, 2006.

4. Defendant shall designate any experts and provide expert reports pursuant to Rule 26(a)(2) by not later than February 3, 2006.

5. The parties shall complete all fact discovery by not later than April 3, 2006, and depositions of experts may continue until the close of discovery.

6. The parties shall appear for a status conference with the Court at 9:00 AM on April 5, 2006.

7. The parties shall file any dispositive motions by not later than May 3, 2006. Briefs in opposition to such motions are due by May 15, 2006. Replies, if any, are due by May 22, 2006.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   November 17, 2005

Copies to:

Nils George Peterson
2009 North 14th Street, NW, Suite 708
Arlington, VA  22201
Email: nilspeterson@aol.com

*Counsel for plaintiff*

David M. Burns
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW, Suite 500
Washington, DC  20006-4042
Email: dburns@seyfarth.com

*Counsel for defendant*