IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN ANTONIO MARTINEZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:05-CV-01830-JDB |
| ) | |
| CENTRAL PARKING SYSTEM OF ) | |
| VIRGINIA, INC. ) | |
| d/b/a CENTRAL PARKING SYSTEM, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JOINT MOTION FOR LEAVE TO FILE UNDER SEAL OR TO SUBMIT
CONFIDENTIALLY IN CHAMBERS THE PARTIES' SETTLEMENT AGREEMENT
AND JOINT STATEMENT AS TO THE REASONABLENESS OF SETTLEMENT**

Plaintiff Juan Antonio Martinez and Defendant Central Parking System Of Virginia, Inc., by their undersigned counsel, jointly move this Court to permit them to file their Confidential Settlement Agreement and General Release ("Agreement") under seal or to submit it confidentially in chambers. The parties also request that they be permitted to file a joint statement as to the reasonableness of the settlement under seal or to submit it confidentially in chambers.

Plaintiff's complaint alleges a claim for failure to pay overtime under the federal Fair Labor Standards Act. The parties have reached a settlement of this case. Although a recent federal case held that a private compromise and release of FLSA claims was enforceable, *Martinez v. Bohls Bearing Equipment Co.*, 361 F.Supp.2d 608, 631 (W.D. Tex. 2005), other case law suggests that such settlements must be approved by the Court or the Secretary of Labor. *Id.* at 627-28 (citing cases). Therefore, out of an abundance of caution, the parties wish to submit their Agreement to the Court for approval, and would do so as an exhibit to a motion for

DC1 30162313.1

approval or in chambers. However, the Agreement contains a confidentiality provision. Thus, to preserve the Agreement's confidentiality, the parties jointly request that the Court issue an order permitting them to file the agreement under seal or to submit it confidentially in chambers.

Further, the parties intend to file a joint statement regarding the reasonableness of the settlement in order to assist the Court in reviewing the Agreement. Thus, the parties also request that they be permitted to file their joint statement under seal or to submit it confidentially in chambers.

WHEREFORE, the parties respectfully request that the Court issue an order permitting them to file under seal or to submit confidentially in chambers their settlement agreement and joint statement regarding the reasonableness of settlement.

Respectfully Submitted,

JUAN ANTONIO MARTINEZ

By: *Nils Peterson*
Nils G. Peterson, Bar No. 295261
2009 North 14th Street, NW
Suite 708
Arlington, VA 22201
703-527-9900
703-522-1250 (facsimile)

Attorney for Plaintiff

Dated: March 14, 2006

Respectfully Submitted,

CENTRAL PARKING SYSTEM OF VIRGINIA, INC.

By *[signature]*
David M. Burns, Bar No. 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
202-463-2400
202-828-5393 (facsimile)

Attorneys for Defendant

Dated: March 16, 2006