IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN ANTONIO MARTINEZ,            )<br>                                                          )<br>       Plaintiff                                  )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>CENTRAL PARKING SYSTEM OF     )<br>VIRGINIA, INC.                              )<br>d/b/a CENTRAL PARKING SYSTEM, )<br>                                                          )<br>       Defendant.                              )<br>_____)  | Case No. 1:05-CV-01830-JDB |

## ORDER

Upon consideration of the parties' Joint Motion For Leave To File Under Seal Or To Submit Confidentially In Chambers The Parties' Settlement Agreement And Joint Statement As To The Reasonableness Of Settlement, it is by this Court on this _____ day of _____, 2006,

ORDERED, that the parties' Joint Motion is GRANTED, and it is

FURTHER ORDERED that the parties' Confidential Settlement Agreement and General Release and their joint statement regarding the reasonableness of settlement may be filed under seal or submitted confidentially in chambers.

SO ORDERED.

_____
The Honorable John D. Bates
United States District Court Judge

Copies to:

Nils G. Peterson
nilspeterson@aol.com

David M. Burns
dburns@seyfarth.com

DC1 30162313.1