IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN ANTONIO MARTINEZ, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CENTRAL PARKING SYSTEM OF ) <br> VIRGINIA, INC. ) <br> d/b/a CENTRAL PARKING SYSTEM, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:05-CV-01830-JDB |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff Juan Antonio Martinez ("Plaintiff") and Defendant Central Parking System of Virginia, Inc. ("Defendant"), by their undersigned counsel, jointly move this Court to review the parties' Settlement Agreement and General Release ("Agreement") and for an order approving the Agreement as fair and reasonable. In support of this Motion, the parties state:

1. Plaintiff filed this action claiming alleged unpaid overtime under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et. seq.*, asserting that he was entitled to additional time and one-half wages for hours worked over 40 in a workweek.

2. Defendant filed an Answer contending, *inter alia*, that Plaintiff is not entitled to the claimed overtime and that Plaintiff's claim is barred in part by the two year statute of limitations applicable to non-willful violations of the FLSA. 29 U.S.C. § 255(a).

3. Plaintiff and Defendant are represented by their respective counsel.

4. The parties have reached a settlement of this case, the terms of which are embodied in the Agreement.

5.   The Agreement is expressly contingent upon the Court's review and approval of it and issuance of an order approving the Agreement as fair and reasonable. A copy of the Agreement is being sent separately to the presiding Judge's chambers [or is being filed under seal].

6.   Once the Court approves the Agreement, the parties will file a Stipulation Of Dismissal With Prejudice as required by the Agreement.

WHEREFORE, the parties jointly request that the Court review the Agreement and issue an order approving it as fair and reasonable. A proposed order is attached hereto.

Respectfully Submitted,

JUAN ANTONIO MARTINEZ

By: /s/ Nils Peterson
Nils G. Peterson, Bar No. 295261
2009 North 14th Street, NW
Suite 708
Arlington, VA 22201
703-527-9900
703-522-1250 (facsimile)

Attorney for Plaintiff

Dated: March 14, 2006

Respectfully Submitted,

CENTRAL PARKING SYSTEM OF VIRGINIA, INC.

By /s/ David Burns
David M. Burns, Bar No. 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
202-463-2400
202-828-5393 (facsimile)

Attorneys for Defendant

Dated: March 27, 2006