IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN ANTONIO MARTINEZ, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CENTRAL PARKING SYSTEM OF )<br>VIRGINIA, INC. )<br>d/b/a CENTRAL PARKING SYSTEM, )<br>)<br>Defendant. )<br>_____) | Case No. 1:05-CV-01830-JDB |

## ORDER

Upon consideration of the Parties' Joint Motion For Approval Of Settlement Agreement, and the entire record herein, it is this ____ day of _____, 2006,

DETERMINED that the parties' Settlement Agreement and General Release ("Agreement") is fair and reasonable and that the Court approves of the Agreement; and it is

ORDERED, that this determination and approval shall be entered in the docket of this case; and it is

FURTHER ORDERED that the parties shall immediately file the Stipulation of Dismissal With Prejudice as required by the Agreement.

SO ORDERED.

_____
The Honorable John D. Bates
United States District Court Judge

Copies to:

Nils Peterson, Esq.
nilspeterson@aol.com

David M. Burns, Esq.
dburns@seyfarth.com

DC1 30162313.1