IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JUAN ANTONIO MARTINEZ,           )
                                 )
        Plaintiff                )
                                 )
v.                               )   Case No. 1:05-CV-01830-JDB
                                 )
CENTRAL PARKING SYSTEM OF        )
VIRGINIA, INC.                   )
d/b/a CENTRAL PARKING SYSTEM,    )
                                 )
        Defendant.               )
_____)

## ORDER

Upon consideration of the Parties' Joint Motion For Approval Of Settlement Agreement, and the entire record herein, it is this 29th day of March, 2006,

DETERMINED that the parties' Settlement Agreement and General Release ("Agreement") is fair and reasonable and that the Court approves of the Agreement; and it is

ORDERED, that this determination and approval shall be entered in the docket of this case; and it is

FURTHER ORDERED that the parties shall immediately file the Stipulation of Dismissal With Prejudice as required by the Agreement.

SO ORDERED.

_____
The Honorable John D. Bates
United States District Court Judge

Copies to:

Nils Peterson, Esq.
nilspeterson@aol.com

David M. Burns, Esq.
dburns@seyfarth.com

DC1 30162313.1